# The Law Offices of Joseph S. Gulino, Jr., Esq.

75 S. Broadway, 4th Floor, White Plains, New York 10601
Tel: (646) 401-2641 Fax: (718) 749-0116
E-mail: Joseph@jsgulinolaw.com

September 1, 2023

**Via ECF**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      RE:   *United States v. Jerry Holmes, a/k/a "GP"* **23-mj-06265-UA**

Dear Judge Krause:

      As the Court may be aware, we represent Defendant, Jerry Holmes, in the above referenced matter. This letter is respectfully submitted as a follow-up to the presentation that took place on August 31, 2023, more specifically with regard to the preliminary hearing tentatively scheduled for September 14, 2023.

      Upon further consultation with Defendant and with AUSA Markewitz, I am respectfully requesting that the time for the preliminary hearing be extended to the 30th day.

      Thank you for the Court's courtesies herein.

Respectfully submitted,

*Joseph Gulino*

Joseph S. Gulino, Jr., Esq.

> The letter motion at ECF No. 5 is GRANTED.
> The preliminary hearing date in this matter is
> hereby rescheduled to September 27, 2023.
> Dated: September 1, 2023

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge